Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17–25996–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Myra D Robinson
    aka Myra D Shaw
    POB 217
    Salem, NJ 08079

Social Security No.:
    xxx–xx–9514

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 19, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-25996-JNP
Myra D Robinson                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin          Page 1 of 2          Date Rcvd: Dec 19, 2017
                           Form ID: 148          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
```
db           +Myra D Robinson,    POB 217,   Salem, NJ 08079-0217
cr           +City of Bridgeton,    c/o Bertram Law Office, L.L.C.,    56 Fayette Street,
               Bridgeton, NJ 08302-2425
516995954   ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
               SOUTHFIELD) MI 48034)
516989304    +City of Bridgeton,    181 E Commerce St,    Bridgeton, NJ 08302-2623
516989305    +City of Salem,    17 New Market St,    Salem, NJ 08079-1408
516989307   ##+First National Collection Bureau Inc.,    610 Waltham Way,    Spark, NV 89434-6695
516989309    +Geico Payment Company,    PO Box 55126,    Boston, MA 02205-5126
516989310     Go Financial,    POB 52526,    Phoenix, AZ 85072-2526
516989311    +Inspira Health Network,    PO Box 48274,    Newark, NJ 07101-8474
516989313     M+T Bank,   POB 619063,    Dallas, TX 75261-9063
516989314    +M+T c/o,    KLM law group,    216 Haddon Ave # 406,    Westmont, NJ 08108-2812
516989316     Nationstar Mortgage,    POB 60516,    City of Industry, CA 91716-0516
516989317    +Nationstar, c/o RAS Citron,    130 Clinton Rd #202,    Fairfield, NJ 07004-2927
516989318    +Northeast Title Loans,    1501 N Dupont Hwy,    New Castle, DE 19720-1901
516989319   ##+Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
516989320    +Receivables Outsourcing Inc.,    PO Box 62850,    Baltimore, MD 21264-2850
517199122   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516989321    +Salem County Board of Social Services,    147 S. Virginia Ave.,    Penns Grove, NJ 08069-1797
516989322    +Selene Finance,    9990 Richmond Ave,    #400 S,    Houston, TX 77042-8500
516989323    +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516989324    +State of New Jersey-Tax,    50 Barrack Street, PO Box 269,    Trenton, New Jersey 08646-0269
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2017 22:44:27    U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2017 22:44:25      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516989302    +E-mail/Text: bankruptcy@pepcoholdings.com Dec 19 2017 22:44:06    Atlantic City Electric,
              PO Box 13610,    Philadelphia, PA 19101-3610
517012060     E-mail/Text: bankruptcy@pepcoholdings.com Dec 19 2017 22:44:06
              Atlantic City Electric Company,    Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
              Carneys Point, NJ 08069-3600
516989306    +EDI: ESSL.COM Dec 19 2017 22:18:00    Dish Network,    Dept 0063,    Palatine, IL 60055-0001
516989308    +EDI: AMINFOFP.COM Dec 19 2017 22:18:00    First Premier Bank,    PO Box 5529,
              Sioux Falls, SD 57117-5529
516989312    +EDI: IRS.COM Dec 19 2017 22:23:00    IRS,    POB 7346,    Philadelphia, Pennsylvania 19101-7346
517075627     EDI: JEFFERSONCAP.COM Dec 19 2017 22:23:00    Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
517053541     E-mail/Text: camanagement@mtb.com Dec 19 2017 22:44:09    Lakeview Loan Servicing, LLC,
              c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
517216157    +E-mail/Text: bkteam@selenefinance.com Dec 19 2017 22:43:51    MTGLQ Investors, L.P.,
              C/O Selene Finance LP,    9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
516989315    +E-mail/Text: kmorgan@morganlaw.com Dec 19 2017 22:45:07    Morgan, Bornstein & Morgan,
              1236 Brace Rd. Suite K,    Cherry Hill, NJ 08034-3229
517124280    +EDI: JEFFERSONCAP.COM Dec 19 2017 22:23:00    Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
516989325    +E-mail/Text: bankruptcydepartment@tsico.com Dec 19 2017 22:45:06    Transworld Systems Inc.,
              PO Box 17205,    Wilmington, DE 19850-7205
517110524    +EDI: AIS.COM Dec 19 2017 22:18:00    Verizon,    by American InfoSource LP as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517069747    +E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 19 2017 22:44:26
              WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
516989326     E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 19 2017 22:44:26    Westlake Financial,
              POB 76809,    Los Angelas , CA 90076-0809
                                                                              TOTAL: 16
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517060681     US Bank Cust for Pro Cap II, LLC
516989303   ##+California Recovery Bureau,    135 Vallecitos De Oro #G,    San Marcos, CA 92069-1461
                                                                    TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Dec 19, 2017
                             Form ID: 148             Total Noticed: 37

                    ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
          Linda S. Fossi    on behalf of Creditor   US Bank Cust for Pro Cap II, LLC lfossi@zeitzlawfirm.com,
            gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
          Rebecca J. Bertram    on behalf of Creditor   City of Bridgeton rebeccajbertram@gmail.com
          Terry  Tucker    on behalf of Debtor Myra D Robinson terrytucker@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8